**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

CHARLES EDWARD BLACK                                                                                    PLAINTIFF

v.                            Civil No. 6:17-CV-6015

DR. NANETTE VOWELL, *et. al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case of even date, **IT IS CONSIDERED**, **ORDERED**, and **ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of October, 2017.

>                             /s/ Susan O. Hickey
>                             Susan O. Hickey
>                             United States District Judge